UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

TANG PHOEURK,                )
                             )
           Petitioner        )
                             )
     v.                      )   Civil Action No.
                             )   04cv10266-RCL
JOHN ASHCROFT, ET AL.,       )
                             )
                             )
           Respondents       )

RESPONDENT'S NOTICE OF INTENT TO EXECUTE DEPORTATION ORDER

Respondent[1] hereby informs the Court of its intention to execute the final order of deportation against petitioner **on March 2, 2004,** and of the necessity of the advance transporting of the petitioner to a staging facility outside Massachusetts in order to accomplish the deportation.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  _____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114
(617) 565-2415

---

[1] As of a DHS restructuring effective June 9, 2003, the responsive successor official of the Department of Homeland Security having control of petitioner's immigration custody in the instant action is Bruce Chadbourne, Interim Field Director for Detention and Removal, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon counsel for petitioner by mail on February 11, 2004.

_____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114