UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TANG PHOEURK,

      Petitioner,

                CIVIL ACTION

  v.

                NO. 04-10266-RCL

JOHN D. ASHCROFT, et al.,

      Respondents.

O R D E R

Pursuant to the provisions of Rule 40.1(I) of the Local Rules, the above-entitled case is hereby transferred to Judge Tauro of this Court for all further proceedings.

               s/ Reginald C. Lindsay
               REGINALD C. LINDSAY
               United States District Judge

Date: February 18, 2004

Copies to: Counsel, Operations Supervisor

(transfer.wpd - 7/99)                        [divtranout.]