**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:   Civil No.  04-10266-RCL

Title: PHOEURK v. ASHCROFT, et al.,

**N O T I C E**

Please take notice that the above-entitled case previously assigned to Judge Lindsay has been transferred to Judge Tauro for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials JLT.

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

By:   s/ Linn A. Weissman
Deputy Clerk

Date: February 18, 2004

Copies to:   Counsel

(noticeoftransfer.wpd - 12/98)                                    [ntccsasgn.]