

# CATHOLIC LEGAL IMMIGRATION NETWORK, INC.

Boston College Law School
885 Centre Street, Newton Centre, MA 02159 Tel: (617) 552-0593 Fax: (617) 552-2615

*National Office*
McCormick Pavilion
415 Michigan Avenue. N.E.,
Washington, DC 20017
Tel: (202) 635-2556
Fax: (202) 635-2649
E-mail:
NATIONAL@CLINICLEGAL.ORG

*Southwest Field Office*
1117 N. Stanton, #200
El Paso, TX 79902
Tel: (915) 533-3971
Fax: (915) 533-3974
E-mail: CLINICTX@aol.com

*Northeast Field Office*
FDR Station
P.O. Box 1390
New York, NY 10150-1390
Tel: (212) 826-6251
Fax: (212) 826-6254
E-mail: CLINICNY1@aol.com

*Northwest Field Office*
564 Market Street
Suite 416
San Francisco, CA 94104
Tel: (415) 362-8677
Fax: (415) 394-8696
E-mail: CLINICSF@aol.com

**VIA FEDERAL EXPRESS**

Ms. Hourihan                                February 16, 2004
Clerk to Judge Lindsay
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: <u>Tang Phoeurk v. John D. Ashcroft *et. al.* Case No. 04 10266 RCL</u>

Dear Ms. Hourihan,

This letter is to follow up on voicemails I left for your colleague Ms. Susan Tebo and the Clerk to Magistrate Judge Alexander on Friday afternoon, February 13, 2004.

On Friday 13, 2004, we received DHS's motion to dismiss petitioner Tang Phoeurk's habeas petition on the ground that he is scheduled to be deported to Cambodia on March 2, 2004. DHS also filed papers advising the Court of the need to transfer Mr. Phoeurk to a staging facility in Oakdale, Louisiana within the next week to effect his deportation.

In conversations this afternoon with counsel for DHS, Special Assistant U.S. Attorney Frank Crowley, I explained that we do not object to the scheduling of Mr. Phoeurk's deportation for March 2, 2004. However, I expressed concern that this Court might lose jurisdiction over the case if Mr. Phoeurk is transferred outside of Massachusetts and is – for whatever reason – unable to be deported as planned on March 2, 2004.

Mr. Crowley explained that petitioner's transfer to Oakdale, Louisiana is necessary to effect his deportation on time. Mr. Crowley assured me that in the event that Mr. Phoeurk is not deported on March 2, 2004, DHS would not contest this court's continued jurisdiction over Mr. Phoeurk's case.

Based on Mr. Crowley's assurances, we hereby withdraw our earlier message (left with the Clerk to Magistrate Judge Alexander, to whom I mistakenly believed this case was assigned) stating that we would seek to stay petitioner's transfer outside of Massachusetts.

*Clinic is a tax-exempt subsidiary of the
National Conference of Catholic Bishops/ United States Catholic Conference*

Based on the government's representations, we fully expect that Mr. Phoeurk will be repatriated on March 2, 2004. However, we respectfully request that a status conference be scheduled for March 3, 2004. I have not yet heard back from Mr. Crowley regarding whether the government would object to a status conference on this date. Because petitioner has held in ICE custody for over seventeen months awaiting deportation, any additional delays – however slight – are likely to cause him acute emotional distress.

I am available at any time on March 3, 2004 for a status conference, whether by phone or in person.

Thank you for your consideration in this matter.

Sincerely,

*Alexandra Dufresne*

Alexandra Dufresne, BBO #654959
Catholic Legal Immigration Network, Inc./
Boston College Immigration and Asylum Project
885 Centre Street
Newton, MA
(617) 552-0593 (voice)
(617) 552-2615 (fax)
alexandra.dufresne.1@bc.edu
for Petitioner Tang Phoeurk

Cc: Frank Crowley, Special Assistant U.S. Attorney, DHS