UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TANG PHOEURK )<br># A 25-273-331 )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>JOHN D. ASHCROFT, Attorney General; )<br>BRUCE CHADBOURNE, Interim )<br>Field Office Director for Detention and )<br>Removal, Boston Field Office, Bureau of )<br>Immigration and Customs Enforcement; )<br>KATHLEEN M. DENNEHY, Acting )<br>Commissioner, Massachusetts Dep't of )<br>Correction, and the Bureau of Immigration )<br>and Customs Enforcement (BICE) )<br>)<br>Respondents, )<br>_____ ) | Civ. No. 04-10266-JLT |

## NOTICE OF COUNSEL'S CHANGE OF ADDRESS

Undersigned counsel hereby notifies the court that she has changed her business address. She is no longer at Hale and Dorr, 60 State Street, Boston, MA 02109, where she was when admitted to practice before this Court. Her new address is Alexandra Dufresne, Catholic Legal Immigration Network, Inc./Boston College Immigration and Asylum Project, 885 Centre Street, Newton, MA 02459-1148.

1


Respectfully submitted,

*Alexandra Dufresne*
Alexandra Dufresne, BBO #654959
Catholic Legal Immigration Network, Inc./
Boston College Immigration and Asylum Project
885 Centre Street
Newton, MA 02459-1148
(617) 552-0593 (voice)
(617) 552-2615 (fax)
alexandra.dufresne.1@bc.edu
for Petitioner Tang Phoeurk

February 20, 2004

**VIA FEDERAL EXPRESS**

Clerk's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: Tang Phoeurk v. John D. Ashcroft *et. al.*, Civ. No. 04-10266-JLT

Dear Clerk,                                                February 20, 2004

I would like to register my change of business address. I was instructed by the Clerk's Office to do so by submitting the following document:

-- Notice of Counsel's Change of Address

Thank you for your attention to this matter.

                                             Sincerely,

                                             *Alexandra Dufresne*
                                             Alexandra Dufresne, BBO #654959
                                             Catholic Legal Immigration Network, Inc./
                                             Boston College Immigration and Asylum Project
                                             885 Centre Street
                                             Newton, MA
                                             (617) 552-0593 (voice)
                                             (617) 552-2615 (fax)
                                             alexandra.dufresne.1@bc.edu
                                             for Petitioner Tang Phoeurk