UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TANG PHOEURK,
        Plaintiff,

                Civil Action No. 04-10266-JLT

    v.

JOHN D. ASHCROFT, et al.,
        Defendants.

ORDER OF DISMISSAL

TAURO, D.J.

    In accordance with this Court's order dated February 25, 2004, it is ORDERED that the within action be and it is hereby dismissed.

                By the Court,

                s/ Linn A. Weissman
                Deputy Clerk

Date March 1, 2004

(noticeofdismissal.wpd - 12/98)        [odism.]